UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LUIS A. VAZQUEZ-DIAZ,
          Petitioner,

v.

UNITED STATES OF AMERICA,
          Respondent.
--------------------------------------------------------------x

**ORDER**

21 CV 6757 (VB)

On September 22, 2021, plaintiff filed a motion requesting the Court investigate the arrests of plaintiff in April 1990 in Reading, Pennsylvania. (Doc. #9). Plaintiff also filed in support of his motion (i) an affidavit; (ii) a letter regarding plaintiff's concerns; (iii) a letter regarding plaintiff's concerns regarding the United States and other countries; and (iv) a request for a permanent restraining order against "Officers Borreiro, Lance, Lucheese, Pendergrant, and other officers unnamed of the 42nd precinct of Bronx County, New York, and correctional staff (officers) at all facilities [he] had been to." (Doc. #13). In support of his request for a restraining order, plaintiff states the facilities staff and officers are conspiring with the Bronx County Supreme Court. (Id.). He also requests his former lawyers be charged and restrained. (Id.).

Because the Court does not have the authority to grant the relief requested in plaintiff's motion, the motion is DENIED.

To the extent plaintiff requests the Court impose a restraining order, plaintiff has not presented facts demonstrating such order is necessary. Accordingly, such request is DENIED.

The Clerk is instructed to terminate the motion. (Doc. #9).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 23, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge